UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

DONALD COOK,

    Plaintiff,

                                               Case No.:    2:22-cv-12272

v.

KEY LAKES, INC. and/or KEY LAKES IV, INC.
And/or KEYSTONE SHIPPING CO.,

    Defendants.
_____/

# COMPLAINT

NOW COMES Plaintiff, Donald Cook, by and through counsel undersigned, O'BRYAN BAUN KARAMANIAN, complaining against Defendant as follows:

1. Jurisdiction and venue lie in this action, Defendant conducting business within this forum's boundaries.

2. Jurisdiction is founded under the Jones Act (46 USCA 30104) for negligence, and under the general maritime law for unseaworthiness.

3. At all times material to issues herein Plaintiff served as an employee of Defendant serving as a crew member aboard its vessels, with all acts and/or omissions giving rise to this action occurring in the course of Plaintiff's employment in the service of his ship.

4. On or about May 24, 2021 because of conveyor malfunction, of which Defendant knew or should have known, Plaintiff was injured while rushing to

address the situation, which he was required to do in order to lessen the spill of cargo, because of the failure to provide a safe place to work and seaworthy vessel.

5. Defendant's tortious acts aforesaid caused or contributed to Plaintiff's damages, *inter alia*, as follows:

   a. Pain and suffering, past future.

   b. Mortification, humiliation, fright, shock, and embarrassment.

   c. Loss of earnings and earning capacity.

   d. Hospital, pharmaceutical and other expenses.

   e. Aggravation of prior condition, if any there be.

   f. Inability to engage in social, recreational, and other pursuits previously enjoyed.

   g. Mental anguish.

   h. Found.

   i. Maintenance, cure, and/or attorney fees.

WHEREFORE, Plaintiff demands trial by jury and judgment against Defendant, together with interest, costs, attorney fees and expenses, all to be methodically adjusted upwards during the pendency of this cause.

Respectfully submitted,

O'Bryan Baun Karamanian

*/s/ Dennis M. O'Bryan*_____
DENNIS M. O'BRYAN
Attorney for Plaintiff

                                                40l S. Old Woodward, Suite 463
                                                Birmingham, MI   48009
                                                248.258.6262, 248.258.6047 - fax
                                                dob@obryanlaw.net

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

DONALD COOK,

    Plaintiff,

                                            Case No.:   2:22-cv-12272

v

KEY LAKES, INC. and/or KEY LAKES IV, INC.
And/or KEYSTONE SHIPPING CO.,

    Defendants.
_____/

## DEMAND FOR TRIAL BY JURY

NOW COMES Plaintiff by and through counsel undersigned, O'BRYAN BAUN KARAMANIAN, and hereby demands trial by jury in the above-referenced cause of action.

                                            Respectfully submitted,

                                            O'Bryan Baun Karamanian

                                            */s/ Dennis M. O'Bryan*_____
                                            DENNIS M. O'BRYAN (30545)
                                            Attorneys for Plaintiff
                                            40l S. Old Woodward, Suite 463
                                            Birmingham, MI   48009
                                            248.258.6262, 248.258.6047 – fax
                                            dob@obryanlaw.net